6

# EXHIBIT 1

STATE OF FLORIDA

COUNTY OF ORANGE                                  Case No.: 6:20-mj-01673-LRH

AFFIDAVIT

1. I, Javier A. Mondejar, state the following:

2. On September 22, 2020, when I reviewed the interview reports from the Edmonton Police department interviews of W.G. and W.G.'s son, referenced in paragraph seven of my affidavit, I discovered that the interviews were conducted on September 10th and September 17th, rather than September 11th and September 18th, as provided in my affidavit. Further, W.G. stated that he does not remember signing any documents in 2018. W.G.'s son stated that W.G. resigned from the board anywhere from three to seven years ago, rather than in 2007, as provided in my affidavit. Additionally, W.G.'s son stated that although W.G. does not have memory of signing the documents in 2018, he could have signed the documents without knowledge of what he was signing, due to his dementia.

3. This concludes my affidavit.

Javier A. Mondejar
Criminal Enforcement Officer
U.S. Customs and Border Protection

1